UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHANDRA NICOLE HAIMBAUGH,

    Plaintiff,

v().                                Case No.: 5:23-cv-282-BJD-PRL

CITRUS COUNTY FLORIDA
DEPARTMENT OF HEALTH,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Voluntary Dismissal with Prejudice (Doc. No. 40; Stipulation) filed on February 14, 2025. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 3rd day of April, 2025.

_____
BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*